UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:17cr108DPJ-LRA

RODNEY NELSON a/k/a, "Rod"  18 U.S.C. § 922(g)(1)
a/k/a "Rodney Davis"

**The Grand Jury charges:**

That on or about February 19, 2015, in Hinds County in the Northern Division of the Southern District of Mississippi, the defendant, **RODNEY NELSON a/k/a "Rod" a/k/a/ "Rodney Davis"**, having been convicted previously of a felony, that is, a crime which is punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting commerce, firearms and ammunition, in violation of Sections 922(g)(1) and 924(a)(2), Title 18, United States Code.

NOTICE OF FORFEITURE

As a result of the offense specified above, the defendant, shall forfeit to the United States all firearms and ammunition used or involved in the commission of the offense, including, but not limited to:

(1) One (1) Springfield Arms Model XD-45ACP, .45 caliber pistol with serial number XD644588;

(2) One (1) Romarm Cugir, Model WASR-10, 7.62 caliber semi-automatic rifle with serial number 1-70782-04:

(3) Twenty three (23) rounds of assorted ammunition

Further, if any of the property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been

substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States, to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described above.

All pursuant to Section 924(d)(1), Title 18, United States Code.

HAROLD BRITTAIN
Acting United States Attorney